

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### NOTICE OF ORDER ON MOTION

Cause number:        01-12-00742-CV

Style:        The Estate of Tyler D. Todd

        **v** International Bank of Commerce

Date motion filed[*]:        1/17/13

Type of motion:        Unopposed Motion for Leave to Withdraw Brief and for Leave to File Amended Corrected Brief Out of Time

Party filing motion:        The Estate of Tyler D. Todd

Document to be filed:

If motion to extend time:

        Deadline to file document:

        Number of previous extensions granted:

        Length of extension sought:

Ordered that motion is:

        ☑        Granted
                If document is to be filed, document due:

                ☐   The Clerk is instructed to file the document as of the date of this order
                ☐   Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐        Denied

        ☐        Dismissed (*e.g.*, want of jurisdiction, moot)

Judge's signature: /s/ Terry Jennings
        ☑ Acting individually    ☐ Acting for the Court

        Panel consists of _____.

Date:  January 22, 2013